IN THE SUPERIOR COURT OF BARTOW COUNTY
STATE OF GEORGIA

**FILED**
OCT 0 8 2004
CLERK OF SUPERIOR COURT
BARTOW CO., GA.

PREVENTION AND MOTIVATION
PROGRAMS, INC.
    PLAINTIFF

CIVIL ACTION NUMBER __04CV2787__

VS.

CHILDHELP USA
    DEFENDANT

SERVED 11/25/05

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

A. Keith Logue
3423 Weymouth Court
Marietta, Georgia 30062
(770)321-5750

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. **NOTE**: If a hearing has already been scheduled in your case, you must appear at that scheduled hearing, regardless of whether the 30 days for filing as answer has lapsed.

This __8th__ Day of __October__, 2004.

GARY BELL
Clerk of Superior Court

By __Kathi Tusher - Deputy__
    Clerk

To Defendant upon whom this petition is served:

This copy of complaint and summons was served upon you _____, 20___.

By _____
Deputy Sheriff, Bartow County, Georgia

Exhibit B - 1